UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

FRANK RODRIGUEZ,

        Defendant.

NOTICE OF INTENT TO
FILE AN INFORMATION

07 CRM. 845

- - - - - - - - - - - - - - - - - - x

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
            August 28, 2007

                            MICHAEL J. GARCIA
                            United States Attorney

                   By:   _____
                         William J. Harrington
                         Assistant United States Attorney

AGREED AND CONSENTED TO:

                   By:   _____
                         Ronald Aiello, Esq.
                         Attorney for Frank Rodriguez

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/20/07