**RONALD J. AIELLO, ESQ.**
**377 BROADWAY**
**NEW YORK, NEW YORK 10013-3993**
**(212)431-1300**

October 29, 2007

Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Frank Rodriguez
07-CR-845

Honorable Sir:

It is requested that the bail limits for Mr. Rodriguez be extended to permit him to travel to Las Vegas, Nevada from October 30, 2007 - November 4, 2007. This trip is necessary so that Mr. Rodriguez can attend business related seminars which are taking place during this period of time. A.U.S.A. William J. Harrington has been consulted regarding this request and has indicated that he has no objection to Your Honor granting the extension.

It is further requested that, if, in the future, additional business related trips become necessary that Mr. Rodriguez be permitted to leave the jurisdiction of this court upon application to and permission from Pre-Trial Services. If Your Honor approves this application it is requested that you so order this application.

Respectfully,

RJA/jar                                                                RONALD J. AIELLO
cc: A.U.S.A William J. Harrington