UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - x
                         :
UNITED STATES OF AMERICA :
                         :
      - v. -             :
                         :
FRANK RODRIGUEZ,         :
                         :
        Defendant.       :
                         :
                         :
- - - - - - - - - - - - - x



ORDER

07 Cr. 845 (AKH)

        Upon the application of the United States of America, by and

through Assistant United States Attorney William J. Harrington,

it is found that the Government has requested an exclusion of

time under the Speedy Trial Act, pursuant to Title 18, United

States Code, Section 3161(h)(8)(A), from the date of this Order

until December 31, 2007, in order to allow counsel for the

parties to finalize the terms of the disposition of the case;

        It is further found that the defendant, by and through his

attorney, has consented to the Government's request for an

exclusion of time;

        It is further found that the granting of such a continuance

best serves the ends of justice and outweighs the best interest

of the public and the defendant in a speedy trial;

        Therefore, it is ORDERED that the request for an exclusion

of time under the Speedy Trial Act from the date of this Order to

-1-

December 31, 2007, is hereby GRANTED pursuant to Title 18, United

States Code, Section 3161(h)(8)(A).

Dated:    November **14**, 2007

The Honorable Alvin K. Hellerstein
United States District Judge

-2-