```
┌─────────────────────────┐
│ USDC SDNY               │
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC #: _____   │
│ DATE FILED: 1/9/08      │
└─────────────────────────┘
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 8, 2008

[Handwritten annotations: "Time is excluded, ab" / "Conf. is adj'd until 2/8/08 @ 11:30 a.m." / "RECEIVED JAN 2008 ALVIN HELLERSTEIN" stamp / "1.9.08"]

BY FAX

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:  <u>United States</u> v. <u>Frank Rodriguez</u>
         07 Cr. 845 (AKH)

Dear Judge Hellerstein:

    I write to confirm that the next pretrial conference (or plea) in this matter is scheduled for January 29, 2008 at 4pm.

    The Government also requests that the Court exclude time until January 29, 2008. The Government submits that such exclusion is warranted pursuant to 18 U.S.C. § 8161(h)(8)(A). Specifically, the ends of justice outweigh the best interest of the public and the defendant in a speedy trial because it affords the defendant the opportunity to receive effective assistance of counsel in connection with ongoing plea discussions. I received a message from Mr. Aiello last night indicating that he consents to the Government's request.

                                Very truly yours,

                                MICHAEL J. GARCIA
                                United States Attorney

                By: _____
                      William J. Harrington
                      Assistant United States Attorney
                      212-637-2331

cc:    Ronald Aiello (by fax)
        Counsel for the defendant