UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                      :

UNITED STATES OF AMERICA    :

      - v. -                    :      <u>INFORMATION</u>

FRANK RODRIGUEZ,          :      S1 07 Cr. 845 (AKH)

       Defendant.     :

- - - - - - - - - - - - - - - - x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: MAR 28 2008

<u>COUNT ONE</u>

    The United States Attorney charges:

    1.  From at least in or about 1995 through at least in or about April 2007, in the Southern District of New York and elsewhere, FRANK RODRIGUEZ, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

    2.  It was a part and an object of the conspiracy that FRANK RODRIGUEZ, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1), and 841(b)(1)(A) of Title 21, United States Code.

    (Title 21, United States Code, Section 846.)

## FORFEITURE ALLEGATION AS TO COUNT ONE

3. As a result of committing the controlled substance offense alleged in Count One of this Information, FRANK RODRIGUEZ, the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds said defendant obtained directly or indirectly as a result of said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Information, including a sum of money in United States currency, in that such sum in aggregate is property representing the amount of proceeds obtained as a result of the offense.

### Substitute Assets Provision

4. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

(e)  has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property, including but not limited to the following:

> All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 26 Bristel Road, Holmdel, NJ 07733.

(Title 21, United States Code, Sections 846 and 853.)

*[signature: Michael J. Garcia]*
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

- v. -

FRANK RODRIGUEZ

Defendant.

---

**INFORMATION**

S1 07 Cr. 845 (AKH)

(21 U.S.C. § 846.)


MICHAEL J. GARCIA
United States Attorney.

---

3/28/08 Change of Plea hearing held. Def pres w/atty Ronald Aiello. AUSA William Harrington pres. Court Rep Pres. Def. withdraws not guilty plea. Def. pleads guilty to S1 07 Cr. 845 as charged. Pre Sentence Investigation ordered. Sentencing scheduled for June 30, 2008 @ 10:00 am.

He