

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 25, 2008

BY FAX

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States</u> v. <u>Frank Rodriguez</u>
    07 Cr. 845 (AKH)

Dear Judge Hellerstein:

    The sentencing in this matter is currently scheduled for this coming Monday, June 30. I am submitting this letter to ask the Court to adjourn that date.

    I spoke to Mr. Aiello, counsel for the defendant, earlier today. He asked me to submit this letter on his behalf, because he will not be in the office today. He is requesting an adjournment of the sentencing for two reasons. First, he has just received the PSR because it had been sent to his previous office address. Second, he has had an emergency medical procedure scheduled for this coming Monday, the same day as the scheduled sentencing. He is requesting an adjournment until the week of July 28, 2008. He noted that the Court had indicated no adjournments of the sentencing date would be granted at the plea. But in light of these reasons offered, he asked me to submit this request.

    The Government consents to Mr. Aiello's request.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney

**MEMO ENDORSED**

By: _William Harrington_
William J. Harrington
Assistant United States Attorney
212-637-2331

cc: Ronald Aiello (by U.S. Mail)
    Counsel for the defendant

*Handwritten endorsement:* Sentencing to adjourned to July 28, 2008, at 10:30am. 6-26-08 /s/ AKH

TOTAL P.02